**DISMISS; and Opinion Filed May 15, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00273-CV

### JAMES PRICE, Appellant

### V.

### PARAGON AMERICA LLC, Appellee

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 13C-0284-2**

## MEMORANDUM OPINION
Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Lang-Miers

Stating the parties have settled all claims, appellant has filed a motion to dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal with prejudice. *See id.*

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

150273F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JAMES PRICE, Appellant

No. 05-15-00273-CV          V.

PARAGON AMERICA LLC, Appellee

On Appeal from the County Court at Law
No. 2, Kaufman County, Texas
Trial Court Cause No. 13C-0284-2.
Opinion delivered by Justice Lang-Miers.
Justices Francis and Whitehill participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal **with prejudice**.

Subject to any agreement between the parties, we **ORDER** appellee Paragon America LLC recover its costs, if any, of this appeal from appellant James Price.

Judgment entered this 15th day of May, 2015.